465 A.2d 634

**ALUMINUM COMPANY OF AMERICA, a corporation, and Alcoa Steamship Company, a corporation**

v.

**KEMPER INTERNATIONAL INSURANCE COMPANY, a corporation, Factory Mutual Insurance Company, Ltd., a corporation, and Industrial Risk Insurers, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 1983.

Decided Sept. 20, 1983.

Harding A. Orren, Robert M. Wattson, Minneapolis, Minn., Samuel P. Gerace, C. Robert Keenan, III, Jones, Gregg, Creehan & Gerace, Pittsburgh, for appellants.

Robert W. Doty, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for appellees.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The appeal is dismissed, 308 Pa.Superior 581, 454 A.2d 148, as having been improvidently granted. Appellants' motion to strike is denied. Appellees' motion to dismiss the

appeal is dismissed. Appellees' Application for attorneys' fees and additional statutory interest is denied.